UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY HEINEMANN,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BURLINGTON NORTHERN & SANTA FE RAILWAY COMPANY, a Delaware corporation,<br><br>    Defendant. | NO. CV-05-5102-RHW<br><br>**ORDER DISMISSING COMPLAINT** |

On January 16, 2007, the parties filed a joint Stipulated Motion for Dismissal (Ct. Recs. 26 & 28).

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED**, with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and to **close the file**.

**DATED** this 22nd day of January, 2007.


                s/Robert H. Whaley
                ROBERT H. WHALEY
           Chief United States District Judge

Q:\CIVIL\2005\Heinemann\stip.dismiss.ord.wpd

**ORDER DISMISSING COMPLAINT** \* 1